**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    **GEORGE GAKOUMIS** | : | Chapter 13 |
| | : | |
| | : | |
| Debtor(s) | : | Bky. No. 09-12740 ELF |

# O R D E R

**AND NOW WHEREAS,** Debtor George Gakoumis ("the Debtor") having filed an Objection to the Proof of Claim of the Internal Revenue Service (Docket Entry No. 36) and an Objection to the Proof of Claim of the Pennsylvania Department of Revenue (Docket Entry No. 26);

**AND**, after a hearing and by Order dated October 30, 2009 and entered November 2, 2009, the court having denied both Objections.

**AND**, on November 10, 2009, the Debtor having filed a Motion for Reconsideration of the Order dated October 30, 2009 ("the Motion for Reconsideration ") (Docket Entry No. (88);

**AND**, the purpose of a motion for reconsideration being to correct manifest errors of law or fact or to present newly discovered evidence. E.g., Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir.1985), cert. denied, 476 U.S. 1171, 106 S.Ct. 2895 (1986);

**AND**, it being an accepted legal principle that "courts should grant such motions sparingly because of their strong interest in finality of judgment." In re Kuhar, 2007 WL 2245912, *2 (Bankr. E.D. Pa. Aug. 1, 2007) (citations omitted);

**AND**, the Reconsideration Motion failing to present: (a) arguments not previously considered by the court; (b) any persuasive argument that the court previously committed a

manifest error of law or (c) any newly discovered evidence;

It is hereby **ORDERED** that the Motion for Reconsideration is **DENIED.**

Date:  **November 12, 2009**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc: George Gakoumis
    843 Edgehill Road
    Glenside, PA 19038